IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MASTIN EUGENE TAYLOR,

        Petitioner,

v.

SHARON BLACKLETTER,

        Respondent.

Civil No. 05-500-CL

ORDER

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review the Magistrate Judge's Findings and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). I adopt the Findings and Recommendation.

**DISCUSSION**

    Magistrate Judge Clarke concluded that respondent did not violate petitioner's due process rights. After reviewing the

2 - ORDER

Findings and Recommendation, petitioner's objections, and the record before Magistrate Judge Clarke, I ADOPT the Report and Recommendation.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#58) is adopted. The petition (#1) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this 13 day of February, 2008.

*signature*
OWEN M. PANNER
United States District Judge

2 - ORDER